# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TERESA GAFFNEY,

Petitioner,

v.

MICHAEL R. KANGAS, as successor administrator ad litem
of the Estate of John J. Gaffney, deceased; ROBERT N.
LYNCH, Bishop of the Diocese of St. Petersburg f/b/o Christ
the King Catholic Church; and SARAH K. SUSSMAN,
individually and as trustee of the Sussman Family Trust
Living Trust u/a/d January 19, 2012,

Respondents.

No. 2D2022-0733

_____

April 19, 2024

Petition for Writ of Certiorari to the Circuit Court for Hillsborough
County; Caroline Tesche Arkin, Judge.

Teresa M. Gaffney, pro se.

Michael R. Kangas and Eryn Riconda of BaumannKangas Estate Law,
Tampa, for Respondent Michael R. Kangas, as successor administrator
ad litem of the Estate of John J. Gaffney, deceased.

No appearance for remaining Respondents.


PER CURIAM.

    Denied.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.